WALTER STOGRYN v. LUFT-TANGEE, INC.

June 18, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD J. WILSON.

June 18, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM E. JONES.

June 18, 1974. Petition for certification granted.

STATE OF NEW JERSEY v. DONALD CHRISTIANO.

June 18, 1974. Petition for certification denied.

JAMES A. HEARN, III v. HOLIDAY RAMBLER CORP.

June 18, 1974. Petition for certification denied.

CHARLES FRANK v. GEORGE F. KUGLER, JR.

June 18, 1974. Petition for certification denied.